UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

| In Re: | Case No. |
|---|---|
| Deborah Ann Olquin | 15-22408-beh |
| Melvin J. Both & Teresa L. Both | 15-28296-beh |
| Carriette Weddle | 15-29287-beh |
| Geraldine A. Fuller | 15-29969-beh |
| Calvin Gene Wittenberger, III | 15-32125-beh |
| Joshua G. Sudduth | 15-32236-beh |
| Rick Dennis Plitzner & Stephanie Dawn Hartwell | 15-33164-beh |
| Pedro Ridriguez & Kelly Rodriguez | 15-33659-beh |
| Kathy S. Smith-Jones | 16-20408-beh |
| Gregory William Cox & Adrienne Lynn Cox | 16-20488-beh |
| Cheryl D. Carter | 16-21057-beh |
| Deborah Jean DeMeyers | 16-21322-beh |
| Michael S. Mioduszewski | 16-23632-beh |
| Jamie W. Dalluge | 16-25234-beh |
| George L. Moran, Jr. & Sabrina L. Moran | 16-25465-beh |
| Timothy E. Spann & Debbie D. Spann | 16-25926-beh |
| Curtis Lloyd Keltner | 16-25928-beh |
| Kevin J. Benson & Kathleen Ann Benson | 16-27697-beh |
| Rodney Cark Severson, Jr. | 16-28361-beh |
| Tracy L. Hartzheim | 16-28455-beh |
| Gregory A. Roberts | 16-28475-beh |
| Connell Adams | 16-28576-beh |
| Anthony D. Lee | 16-29184-beh |
| Maria Pascal | 16-29215-beh |
| Shawonda Dechaune Bezue | 16-29423-beh |
| Daniel L. Sizemore & Angela E. Sizemore | 16-29706-beh |

AMENDED STIPULATION FOR SUBSTITUTION OF COUNSEL

As of December 4, 2017 Attorney Matthew L. Comella is no longer employed by Kohner, Mann & Kailas S.C. Therefore, Attorney Alexander E. George and Attorney Matthew L. Comella move the

_____
Attorney Alexander E. George
Kohner, Mann & Kailas, S.C.
Washington Building
4650 North Port Washington Road
Milwaukee, WI 53212-1059
Telephone: (414) 962-5110
Facsimile: (414) 962-8725
ageorge@kmksc.com

court to approve their Stipulation substituting Attorney Alexander E. George of Kohner, Mann & Kailas S.C. for Attorney Matthew L. Comella in the above captioned cases.

In support of this stipulation the undersigned state the following:

1. That the court has jurisdiction in this proceeding pursuant to 28 U.S.C. § 1334 and 28 U.S.C. § 157.
2. That effective December 4, 2017, Attorney Matthew L. Comella is no longer employed by Kohner, Mann & Kailas S.C.
3. That to the extent required under the applicable engagement agreement, each client has been notified that Attorney Alexander E. George will replace Attorney Matthew L. Comella in all pending cases, due to Attorney Matthew L. Comella leaving the firm.
4. That the departure of Attorney Matthew L. Comella does not affect and has not affected representation in any way.

**WHEREFORE**, the undersigned move the court for the following relief:

A. For an Order substituting Alexander E. George as the correct Attorney of Record for creditors' party to the bankruptcies of the above named debtors.
B. For an Order instructing the Clerk to terminate Attorney Matthew L. Comella from the CM/ECF case management system in the above cases.
C. For an Order declaring that the creditors' representation by Kohner, Mann & Kailas S.C. is not affected by this stipulation.
D. For any such relief that is just and equitable.

Dated this 13th day of December, 2017.

        KOHNER MANN & KAILAS, S.C.
        Attorneys for Creditor(s)

        By:    /s/ Matthew L. Comella_____
                Matthew L. Comella
                Attorney No. 1096303

                /s/ Alexander E. George_____
                Alexander E. George
                Attorney No. 1091339