# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF WISCONSIN

---

In Re: | Case No.
---|---

| | |
|---|---|
| Deborah Ann Olquin | 15-22408-beh |
| Melvin J. Both & Teresa L. Both | 15-28296-beh |
| Carriette Weddle | 15-29287-beh |
| Geraldine A. Fuller | 15-29969-beh |
| Calvin Gene Wittenberger, III | 15-32125-beh |
| Joshua G. Sudduth | 15-32236-beh |
| Rick Dennis Plitzner & Stephanie Dawn Hartwell | 15-33164-beh |
| Pedro Ridriguez & Kelly Rodriguez | 15-33659-beh |
| Kathy S. Smith-Jones | 16-20408-beh |
| Gregory William Cox & Adrienne Lynn Cox | 16-20488-beh |
| Cheryl D. Carter | 16-21057-beh |
| Deborah Jean DeMeyers | 16-21322-beh |
| Michael S. Mioduszewski | 16-23632-beh |
| Jamie W. Dalluge | 16-25234-beh |
| George L. Moran, Jr. & Sabrina L. Moran | 16-25465-beh |
| Timothy E. Spann & Debbie D. Spann | 16-25926-beh |
| Curtis Lloyd Keltner | 16-25928-beh |
| Kevin J. Benson & Kathleen Ann Benson | 16-27697-beh |
| Rodney Cark Severson, Jr. | 16-28361-beh |

_____
Attorney Alexander E. George
Kohner, Mann & Kailas, S.C.
Washington Building
4650 North Port Washington Road
Milwaukee, WI 53212-1059
Telephone: (414) 962-5110
Facsimile: (414) 962-8725
ageorge@kmksc.com

| | |
|---|---|
| Tracy L. Hartzheim | 16-28455-beh |
| Gregory A. Roberts | 16-28475-beh |
| Connell Adams | 16-28576-beh |
| Anthony D. Lee | 16-29184-beh |
| Maria Pascal | 16-29215-beh |
| Shawonda Dechaune Bezue | 16-29423-beh |
| Daniel L. Sizemore & Angela E. Sizemore | 16-29706-beh |

## ORDER FOR SUBSTITUTION OF COUNSEL

This matter having been brought before the court pursuant to the Stipulation for Substitution of Counsel by Attorney Alexander E. George and Attorney Matthew L. Comella.

**IT IS HEREBY ORDERED** that it is stipulated and agreed that Attorney Alexander E. George is the attorney of record with regard to the creditors previously represented by Attorney Matthew L. Comella in the above named cases.

**IT IS FURTHER ORDERED** that with respect to creditors previously represented by Attorney Matthew L. Comella, the clerk shall terminate Attorney Matthew L. Comella from the CM/ECF online docketing system for the above-named cases and substitute Attorney Alexander E. George in the system as the attorney of record.

**IT IS FURTHER ORDERED** that Attorney Matthew L. Comella be relieved from any and all responsibilities as the attorney of record in the above named cases.

**IT IS FURTHER ORDERED** that the creditors' representation by Kohner, Mann & Kailas S.C. continues unaffected by these proceedings.

#####

2